JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
  38 CORPORATE PARK, SUITE D
  IRVINE, CA 92714
  714-474-2055
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 92 A 20900
            Plaintiff,

      v.                            DEFAULT JUDGMENT

STEVEN YOUNG
D/B/A YOUNG'S DRUM

            Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from STEVEN YOUNG the sum of $70,831.34 as principal, $10,467.70 as accrued prejudgment interest, $0 administrative charges, and $58.50 costs, plus $0 attorney fees for a total amount of $81,357.54, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 1 3 1992

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              *R. L. BYER*
                         By: _____
                              Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 3 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 1 3 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY