JACQUELYNE M. NGUYEN, Bar No. 249658
KSENIYA Y. STUPAK, Bar No. 309783
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorneys for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEVEN YOUNG,<br><br>            Defendant. | No. 2:92-cv-20900 WDK (FFMx)<br><br>[~~PROPOSED~~]ORDER TO SHOW CAUSE RE: CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATION |

Judgment Debtor Steven Young has failed to appear for a judgment debtor examination and to produce documents repeatedly requested by the government. He is ordered to appear at Roybal Federal Building and the United States District Courthouse, located at 255 E. Temple Street, 5th Floor, Courtroom 580, Los Angeles, CA 90012, on <u>Tuesday, October 9, 2018 at 10:00 a.m.</u>, and show cause why he should not be held in contempt of court for failing to comply with the government's request to produce the documents and the Court's order to produce the following documents:

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.
3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.
4. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.
5. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.
6. All stocks, bonds or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities
7. Titles and registration certificates to all motor vehicles, aircraft, and water craft owned by you or your spouse.
8. All life insurance policies in which you are either the insured or the beneficiary.
9. All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.
10. All deeds, bills of sale, or other documents prepared or used in connection with any transfer of real property or

1 | | personal property made by you or your spouse, either by
2 | | gift, sales, or otherwise within the last five years.
3 | 11. | Books of deposit, or other documents setting forth all
4 | | deposits or receipts made by your or for your benefit in
5 | | any savings an loan accounts, certificates of deposit or
6 | | checking or other bank accounts for the past three years.
7 | 12. | Books of deposit, canceled checks, bank statements, check
8 | | registers and other documents setting forth all
9 | | disbursements made by you from any savings accounts,
10 | | savings and loan accounts, certificates of deposit or
11 | | checking accounts.
12 | 13. | Copies of all financial statements and loan applications
13 | | submitted by you within the last five years for the purpose
14 | | of obtaining credit.
15 | 14. | Payroll records and records of earnings showing all
16 | | earnings of and sums received by you for the past three
17 | | years. Said record is to include salary, bonuses, expense
18 | | account, automobile reimbursement, and other things of
19 | | value received by you. Said record should detail each pay
20 | | period for gross earnings and all deductions from said
21 | | gross earnings.
22 | 15. | Documents concerning any income received or receivable by
23 | | you from any source whatsoever other than current earnings
24 | | for the past three years.
25 | 16. | Records of all sums on deposit to your credit in a credit
26 | | union and/or any company savings account or plan of any
27 | | type or description.
28 | / / /

17. All records and court papers concerning any lawsuits in which you are involved in any manner.
18. All documents in your possession or under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, health, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) And installment payments, including canceled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.
19. All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.

Steven Young is ordered to bring with him all responsive documents to the hearing and produce them to the government at that time. If Steven Young fails to appear (with all of the above described documents), the court will refer the matter to the assigned District Judge for a finding of contempt.

DATED: August 31, 2018 _____/S/ Frederick F. Mumm\_\_\_\_
FREDERICK F. Mumm
UNITED STATES MAGISTRATE COURT JUDGE